UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Gary J.  Serafino                      : Chapter 13
        and Jennifer Serafino

              Debtors                : Bky No.: 10-12839-JKF

Certificate of Service

I, Lynette Carberry, Paralegal to, Lawrence S Rubin, Esquire, attorney for debtor, do

hereby certify that a true and correct copy of the foregoing Notice of the Chapter 7 Meeting of

Creditors Hearing Notice has been, this April 23, 2010, served upon the following parties in the

manner indicated:

By regular mail:  all creditors in accordance with Local Rule 1009-1.


By fax:

Gary F.  Seitz
Rawle & Henderson LLP
The Widener Building
One South Penn Square, 17th Floor
Philadelphia, PA 19107
(215) 575-4200


                                        s/Lynette Carberry
                                        Lynette Carberry
                                        Paralegal to Lawrence S.  Rubin, Atty.
                                        Attorney for the debtor
                                        337 W State Street
                                        Media, PA 19063-2615
                                        (610) 565-6660
                                        Fax: (610) 565-1912


Date:   April 23, 2010